E-FILED
Wednesday, 09 October, 2019  11:08:33 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

UNITED STATES OF AMERICA,

*Plaintiff,*

*v.*                                                    Case No. 10-Cr-10002

ROGER MCCARTY,

*Defendant.*

### DEFENDANT'S MOTION TO ADJOURN REVOCATION HEARING

Roger McCarty, by counsel, asks the Court to adjourn the revocation hearing scheduled for October 10, 2019, for approximately 30 days.  The basis for this request is as follows.

1.      McCarty is charged with violating a condition of his supervised release because he possessed child pornography.  The petition to revoke McCarty's supervised release alleges that McCarty admitted he possessed child pornography to the person who administered his polygraph examination.  Counsel is not aware of any physical evidence to confirm McCarty's statement.

2.      Law enforcement seized at least two cell phones from McCarty.  Law enforcement is investigating the phones to determine if they contain images of child pornography.  The investigation has not been completed.

3.      Counsel therefore asks the Court to continue the revocation hearing for approximately 30 days to allow the parties to obtain all evidence relevant to this proceeding.

4.      The government does not object to adjourning the revocation hearing.

Dated at Rock Island, Illinois October 9, 2019.

/s/Brian P. Mullins
Assistant Federal Public Defender
Central District of Illinois
211 19th St.
Rock Island, Illinois 61201
Phone: 309/671-7891
FAX:   309/671-7898
Email: brian_mullins@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/Brian P. Mullins
Attorney for Defendant
Assistant Federal Public Defender
Central District of Illinois
211 19th St.
Rock Island, Illinois 61201
Phone: 309/671-7891
FAX:   309/671-7898
Email:brian_mullins@fd.org